IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BINYAMIN EL, | |
|---|---|
| Plaintiff, | 8:18CV325 |
| vs. | |
| TRICIA GRIFFITH, Private and Corporate; | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the court on Plaintiff's Motion to Dismiss, which the court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)." (Filing No. 9.) Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff asks the court to dismiss this action and the Defendant has not been served with process. Accordingly,

IT IS ORDERED that:

1. Plaintiff's request for dismissal of this action (filing no. 9) is granted. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 30th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge